IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,                )   Case / Citation No. 5:07-cr-23 TAG
                                          )
                Plaintiff,                )
                                          )   DEFENDANT'S REQUEST AND
vs.                                       )   WAIVER OF APPEARANCE;
                                          )   ORDER THEREON
Jennifer K. King                          )
_____                 )
                Defendant.                )
_____                 )

Defendant hereby requests a Court Order waiving his/her appearance at his/her status conference / entry of plea and agreement Hearing scheduled for October 11 at 9:30 A.m. Defendant resides in Summerville, South Carolina and it would be a financial hardship for him/her to travel to Edwards Air Force Base, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming status conference and entry of plea agreement Hearing.

Defendant hereby waives his/her presence at the October 11, 2007 hearing on _____ at 9:30 A.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: Sept 13, 2007

_Jennifer K. King_
Defendant's (Signature)

John Michael Medicis
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on October 11, 2007.

Dated: 9/21/2007

_Theresa A. Goldner_
THERESA A. GOLDNER
U.S. Magistrate Judge

1